UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NORTHEASTERN LUMBER<br>MANUFACTURERS ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN STATES PALLET COMPANY, INC.<br><br>and<br><br>JAMES H. JACKSON,<br><br>Defendants. | EXPEDITED RELIEF REQUESTED<br><br>Case No: 1:09-cv-290<br><br>Judge: JM |

## ORDER GRANTING MOTION FOR CONSOLIDATED EXPEDITED
## ORAL ARGUMENT ON *EX PARTE* APPLICATION FOR SEIZURE OF GOODS AND
## COUNTERFEIT MARKS; MOTION FOR PRELIMINARY INJUNCTION;
## AND MOTION FOR EXPEDITED DISCOVERY

This matter came before the Court upon the Motion for Consolidated Expedited Oral Argument on *Ex Parte* Application for Seizure of Goods and Counterfeit Marks; Motion for Preliminary Injunction; and Motion for Expedited Discovery ("Consolidated Hearing Motion") filed by Plaintiff Northeastern Lumber Manufacturers Association ("NeLMA" or "Plaintiff") against Defendants Northern States Pallet Company, Inc. ("Northern States") and James Jackson ("Jackson") (collectively, "Defendants"), in relation to claims based on the Lanham Act, 15 U.S.C. § 1051 *et seq.* (the "Lanham Act"), addressed to alleged misappropriation of NeLMA's trademarks. Upon good cause shown, after such notice as was required by the Federal Rules of Civil Procedure and this Court's local rules, it is hereby OREDERED that the Consolidated Hearing Motion is GRANTED. Consolidated Expedited Hearing on *Ex Parte* Application for

Seizure of Goods and Counterfeit Marks; Motion for Preliminary Injunction; and Motion for Expedited Discovery is set for September 28, 2009 at 9:30 a.m./p.m.

Dated at Concord, New Hampshire, this 21st day of September, 2009.

*James R. Muirhead*
Judge, United States District Court
District of New Hampshire