**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Northeastern Lumber
Manufacturers Association</u>

    v.                                           Civil No. 09-cv-290-JM

<u>Northern States Pallet
Company, Inc., and
James H. Jackson</u>

**O R D E R**

Plaintiff moves for expedited discovery.  The motion is granted in part as set forth below and is otherwise denied.

    1.   Plaintiff may depose Defendant Jackson at a mutually convenient time, but no later than ten (10) days from today.

    2.   Defendants are ordered to do each of the following:

(a) Preserve all evidence in any way related to the "mismarking" and "mismarked" pallets on which plaintiff's trademark stamp was affixed;

(b) Identify to plaintiff all sales of wood product materials purported to be heat-treated consistent with IPPC ISPM 15, including the name; address; telephone number; date; quantity; and price;

(c) Identify to Plaintiff all potential purchasers (or custodians) of wood packaging materials that may have purchased materials bearing a Certifying Stamp that belonged to Index Packaging, Inc. purporting to indicate heat-treatment consistent with IPPC ISPM 15,

        but for which Index Packaging, Inc. did not provide certification.  Said list should incorporate the following information:  potential customer/custodian; address; telephone number; date; quantity; and price;

(d)    Identify to Plaintiff any and all instances in which a Certifying Stamp of Index Packaging, Inc. (or any other party), bearing NeLMA's mark, was fixed or used on any product manufactured, distributed or sold by Defendants;

(e)    Produce all software and hardcopy documents related to the sale of wood products on which defendants affixed the Certifying Stamp bearing NeLMA's mark, including but not limited to:  purchase orders; production documents; invoices; heat treatments; and payments; and

(f)    Produce all documents relating to the sale or transfer of pallets by defendants to Garrity.

The motion (document no. 13) is granted as stated above.

**SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: October 2, 2009

cc:    Dawnangela A. Minton, Esq.
       George F. Burns, Esq.
       Jeffrey L. Snow, Esq.
       John M. Edwards, Esq.