UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Northeastern Lumber</u>
<u>Manufacturers Association</u>

    v.                                    Civil No. 09-cv-290-LM

<u>Northern States Pallet</u>
<u>Company, Inc., et al</u>


O R D E R

Before the court is plaintiff's Motion for Default Judgment and Damages Hearing (document no. 50).  The court denies plaintiff's Motion without prejudice to the plaintiff's right to renew its request (for both a default judgment and damages hearing) after all of the issues in the case have been resolved.  A jury trial on counts I, II, IV, V, VI and VII as against defendant James H. Jackson is currently scheduled to occur on December 7, 2010.

A further pretrial conference on this case shall take place on June 23, 2010, at 10:00 a.m.  At such pretrial conference, the

parties shall be prepared to discuss all of the remaining legal issues in this case.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

June 14, 2010

cc: Dawnangela A. Minton, Esq.
George F. Burns, Esq.
Jeffrey L. Snow, Esq.
John M. Edwards, Esq.
James H. Jackson, pro se