**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Northeastern Lumber
Manufacturers Ass.</u>

    v.                          Civil No. 09-cv-290-LM

<u>Northern States Pallet
Company, Inc., and James
H. Jackson</u>

**<u>O R D E R</u>**

A further pretrial conference was held in this case on today's date. Plaintiff requested the court order defendant to disclose, within 10 days certain, financial records that plaintiff has previously requested but has not yet received. Defendant did not object to such an order but requested 20 days to provide the records. Accordingly, I order defendant immediately to confer with plaintiff about the records and to provide them to plaintiff within 20 days from today's date, on or before July 13, 2010.

The court grants plaintiff's request for a damages hearing in advance of the jury trial on the remaining claims. The court grants this request in reliance upon plaintiff's assertion that a damages hearing would likely obviate the need for a trial on the remaining claims. The court will wait to schedule such a hearing

until the plaintiff receives the financial records and has an opportunity to review them, and the parties have an opportunity to confer and discuss the possibility of settlement.  Plaintiff has agreed to notify the court after plaintiff has had an opportunity to review the financial records.  Plaintiff shall provide the court with such status update on or before August 9, 2010.

    **SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  June 23, 2010

cc:  Dawnangela A. Minton, Esq.
     George F. Burns, Esq.
     James H. Jackson, pro se