UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Northeastern Lumber Manufacturers
Association</u>

    v.                                   Civil No. 09-cv-290-LM

<u>James H. Jackson</u>

**<u>O R D E R</u>**

For the reasons stated in plaintiff's Motion for Default Judgment (Doc. No. 59), the court grants the motion.

As a result of the default entered against Northern States Pallet Company, Inc., under Fed. R. Civ. P 55 (a) (Doc. No. 48), the well-pled allegations of the complaint are taken as true for purposes of liability.  <u>Franco v. Selective Ins. Co.</u>, 184 F.3d 4, *9 (1st Cir. 2002).

Therefore, default judgment on liability is hereby entered against Northern States Pallet Company, Inc., on all counts of the amended complaint, Doc. No. 39.  The court will schedule a hearing on damages, injunctive relief, and attorneys' fees by separate order.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  October 21, 2010
cc:    George F. Burns, Esq.
        Dawnangela A. Minton, Esq.
        James H. Jackson, pro se